944

No. 75–1010.  SCHOONOVER v. KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 75–5649.  BRADLEY v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 75–5652.  RANSOM v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5693.  GRAYSON v. MICHIGAN.  Sup. Ct. Mich. Certiorari denied.

No. 75–5733.  HARSTEN ET UX. v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 75–5744.  MUMIT, AKA ROLLE v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 75–5762  GRIFFIN v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 75–5809.  HORSLEY ET AL. v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 75–5843.  RHINEHART v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 75–5853.  GRICE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5858.  GHIZ v. BORDENKIRCHER, WARDEN. C. A. 4th Cir.  Certiorari denied.

No. 75–5875.  BUTTS v. CITY OF CINCINNATI.  Ct. App. Ohio, Hamilton County.  Certiorari denied.